# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERALDINNE SOLIS, *on behalf of herself and all others similarly situated*,<br><br>           Plaintiff,<br><br>  v.<br><br>COTY, INC., *et al.*,<br><br>           Defendants. | Case No. 22-cv-0400-BAS-NLS<br><br>**ORDER TERMINATING MOTION TO DISMISS (ECF No. 10)** |

Plaintiff filed a First Amended Class Action Complaint (ECF No. 13) in response to Defendant Coty, Inc.'s Motion to Dismiss (ECF No. 10). Hence, the Court **TERMINATES AS MOOT** Defendant's Motion. *See Lacey v. Maricopa Cnty*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) ("[T]he general rule is that an amended complaint supersedes the original complaint and renders it without legal effect[.]").

**IT IS SO ORDERED.**

**DATED: June 23, 2022**

Hon. Cynthia Bashant
United States District Judge