**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERALDINNE SOLIS, individually and on behalf and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COTY, INC. and NOXELL CORPORATION,<br><br>Defendants. | Case No. 3:22-cv-00400-BAS-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff Yeraldinne Solis voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  April 28, 2023        **BURSOR & FISHER, P.A**.

By:   /s/ *L. Timothy Fisher*
           L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiff*

1

CASE NO. 3:22-CV-00400-BAS-NLS